Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
　　　　kw@slwlaw.com
Attorneys for Plaintiff/Counterdefendant
JPMorgan Chase Bank, N.A.

# DISTRICT COURT

# CLARK COUNTY NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N. A.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., a Nevada corporation; TAKO, LLC, a Nevada limited-liability company; VIA VALENCIA/VIA VENTURA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; CASEY A. CARDIN, an individual; CHELSY R. CARDIN, an individual,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO: 2:17-cv-00630-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS CASEY A. CARDIN AND CHELSY R. CARDIN** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned counsel of record, and Defendants Casey A. Cardin and Chelsy

1

R. Cardin (collectively, the "Cardins") (together with Chase, the "Parties"), in proper person, hereby stipulate and agree as follows:

1. On February 28, 2017, Chase filed its Complaint in this action, naming the Cardins as potentially necessary parties.

2. Chase now agrees to voluntarily dismiss the Cardins.

3. Although the Cardins are no longer parties to this action, the Parties agree that the Cardins shall be bound by, and cooperate in the enforcement of, any final judgment entered in this case, including, without limitation, any judgment entered quieting title or granting declaratory relief as between Chase and Defendants Premier One Holdings, Inc. and Tako, LLC, regarding their respective interests in that certain real property commonly known as 9727 Maspalomas Street, Las Vegas, Nevada 89178 (APN 176-29-512-036).

4. The Cardins further agree to respond to any third party discovery that Chase may propound on them, in accordance with any orders entered in this case and the Federal Rules of Civil Procedure.

5. The Cardins and Chase shall each bear their own attorneys' fees and costs, if any, incurred in this matter.

Dated this 6 day of February, 2017.

SMITH LARSEN & WIXOM

_____
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

Dated this 25 day of August, 2017.

_____
Casey A. Cardin
In Proper Person

Dated this 25 day of August, 2017.

_____
Chelsy R. Cardin
In Proper Person

2

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 8th day of February, 2018.