Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff/Counterdefendant
JPMorgan Chase Bank, N.A.

# DISTRICT COURT

# CLARK COUNTY NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N. A., <br><br> Plaintiff, <br><br> vs. <br><br> PREMIER ONE HOLDINGS, INC., a Nevada corporation; TAKO, LLC, a Nevada limited-liability company; VIA VALENCIA/VIA VENTURA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; CASEY A. CARDIN, an individual; CHELSY R. CARDIN, an individual, <br><br> Defendants. | CASE NO: 2:17-cv-00630-RFB-VCF <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS PREMIER ONE HOLDINGS, INC. AND TAKO, LLC** |
| AND RELATED COUNTERCLAIM. | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and

Defendants Premier One Holdings, Inc. ("Premier One") and Tako, LLC ("Tako") (collectively

1

with Chase, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. The Parties hereby stipulate and agree that title to the property commonly known as 9727 Maspalomas Street, Las Vegas, Nevada 89178 (APN: 176-29-512-036) is quieted in the name of Premier One Holdings, Inc.

2. The Parties further stipulate and agree that nothing in this Stipulation and Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of Chase (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) relating to the promissory note (the "Note") described in the Deed of Trust recorded in the official records of the Clark County, Nevada recorder as instrument number 20090116-0002348 (the "Chase DOT").

3. The Parties further agree that this Stipulation and Order is in <u>no way</u> intended to impair the rights of Chase (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrower(s), as defined in the Chase DOT and/or Note, that Chase (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, except the right to judicially or non-judicially foreclose/enforce the Chase DOT against the property described in the Chase DOT.

4. The Parties further stipulate and agree that a copy of this Order may be recorded with the Clark County, Nevada Recorder.

5. The Parties further stipulate and agree that Premier One and Tako shall be dismissed from this litigation WITH PREJUDICE, with each party to bear its own costs and fees.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

6. The Parties further stipulate and agree that Premier One's Counterclaims against Chase are dismissed WITH PREJUDICE, with each party to bear its own costs and fees.

Dated this 18th day of April, 2018.    Dated this 18th day of April, 2018.

SMITH LARSEN & WIXOM    HONG & HONG

*/s/ Katie M. Weber*    */s/ Joseph Y. Hong*
Kent F. Larsen, Esq.    Joseph Y. Hong, Esq.
Nevada Bar No. 3463    Nevada Bar No. 5995
Katie M. Weber, Esq.    10781 W. Twain Ave.
Nevada Bar No. 11736    Las Vegas, Nevada 89135
1935 Village Center Circle    Attorney for Defendants/Counterclaimants
Las Vegas, Nevada 89134    Premier One Holdings, Inc. and Tako, LLC
Attorneys for Plaintiff/Counterdefendant
JPMorgan Chase Bank, N.A.

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of April, 2018.

3